```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 29754
    WILLIAM J BRADFORD
    JENNIFER M BRADFORD                     CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-5349     SSN XXX-XX-7095


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/11/04 and confirmed on 10/12/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  25116.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------

TRIAD FINANCIAL CORP       SECURED          13545.81     1501.32      13545.81
AURORA PEDIATRIC CLINIC    UNSECURED       NOT FILED        .00           .00
CAINE & WEINER             UNSECURED       NOT FILED        .00           .00
CAPITAL ONE FINANCIAL      UNSECURED           657.03       .00        370.88
DISCOVER BANK              UNSECURED          2422.61       .00       1367.52
HAWTHORNE CREDIT UNION     UNSECURED          8926.50       .00       5038.86
ILLINOIS POWER             UNSECURED       NOT FILED        .00           .00
LILLIAN VERNON             UNSECURED       NOT FILED        .00           .00
LML PAYMENT SYSTEM         UNSECURED       NOT FILED        .00           .00
LTD COMMODITIES INC        UNSECURED       NOT FILED        .00           .00
MICHAEL J MONTMINY DR      UNSECURED       NOT FILED        .00           .00
NCO FINANCIAL SYSTEMS IN   UNSECURED       NOT FILED        .00           .00
NORTH SHORE AGENCY         UNSECURED       NOT FILED        .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED           398.38       .00        224.88
RIVER HEIGHTS VET CLINIC   UNSECURED       NOT FILED        .00           .00
SAFEWAY CHECKS SERVICES    UNSECURED       NOT FILED        .00           .00
TALK COM                   UNSECURED       NOT FILED        .00           .00
UNITED COLLECTIONS         UNSECURED       NOT FILED        .00           .00
CAPITAL ONE FINANCIAL      UNSECURED           383.83       .00        216.67

CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
        Summary of disbursements:
------------------------------------------------------------------------
                   SECURED    PRIORITY    UNSECURED     OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  13545.81      .00      12788.35       .00      26334.16
PRINCIPAL PAID      13545.81      .00       7218.81       .00      20764.62
INTEREST PAID        1501.32      .00           .00       .00       1501.32
TOTAL PAID          15047.13      .00       7218.81       .00      22265.94
```

The Debtor's attorney, BRADLEY COVEY                  , was allowed $   2200.00 and was paid $     406.00  direct and $   1794.00   through the plan.

The Trustee received $   1056.06 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE